

# DISTRICT ATTORNEY'S OFFICE
## Fort Bend County, Texas

**JOHN F. HEALEY, JR.**
District Attorney

(281) 341-4460
Fax (281) 238-3340

July 28, 2015

Clerk, Court of Appeals
First Judicial District
301 Fannin
Houston, Texas, 77002

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

AUG 0 3 2015

CHRISTOPHER A. PRINE
CLERK

**CERTIFIED MAIL RECEIPT #:  7012 3460 0002 4097 9572**
Re:    In re: Donald Corey Hill
        Cause No. 01-14-00977-CR

Dear Mr. Prine:

The State requests leave to borrow the reporter's and clerk's record from the Court to insure it is using the appellate record filed with this Court in preparing its appellate brief. Please have the appellate record sent to the undersigned assistant district attorney for this purpose. The undersigned will promptly return the record when done.

Thank you for your kind assistance in these matters.

Sincerely,

John F. Healey
District Attorney

John J. Harrity III
SBN#09133100
Assistant District Attorney
jharrity@co.fort-bend.tx.us

cc: Don Hecker
    Attorney for Appellant

Mailing: 301 Jackson • 1422 Eugene Heimann Circle, Suite 20234 • Richmond, TX 77469-3108